**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS, | NO. |
| Plaintiff, | NOTICE OF REMOVAL TO FEDERAL COURT |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, LORELI SMITH, in her official and individual capacities, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants WASHINGTON STATE DEPARTMENT OF CORRECTIONS and LORELI SMITH, by and through their attorneys of record, NICHOLAS W. BROWN, Attorney General, HOLGER SONNTAG and SEAN BRITTAIN, Assistant Attorneys General, hereby request that the United States District Court for the Western District of Washington assume jurisdiction over the suit filed by the Plaintiff JOSHUA SUMMERS against Defendants in *Summers v. WA DOC, et al.*, King County Superior Court Cause No. 26-2-09193-5 KNT.

Defendants Washington State Department of Corrections and Loreli Smith were served a copy of the summons and amended complaint on March 20, 2026, and March 24, 2026, respectively, at which time the 30-day removal period began to run. *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

NOTICE OF REMOVAL TO FEDERAL
COURT
NO.

1

The complaint alleges one cause of action under 42 U.S.C. § 1983 against Defendant Washington State Department of Corrections and six causes of action under 42 U.S.C. § 1983 against Defendant Smith for violations of Mr. Summers's federal constitutional rights. Thus, Mr. Summers's claims are subject to removal pursuant to 28 U.S.C. § 1441.

A copy of Plaintiff's amended complaint (Exhibit 1) and a copy of the complete record as filed to date under cause number 26-2-09193-5 KNT (Exhibit 2) are attached pursuant to LCR 101(b)(1) and (5).

RESPECTFULLY SUBMITTED this 26th day of March, 2026.

NICHOLAS W. BROWN
Attorney General

s/ Holger Sonntag
HOLGER SONNTAG, WSBA #55251
Assistant Attorney General
Corrections Division
PO Box 40116
Olympia WA 98504-0116
(360) 586-1445
Holger.Sonntag@atg.wa.gov

NOTICE OF REMOVAL TO FEDERAL COURT
NO.

2

## CERTIFICATE OF SERVICE

I certify that on the date below, I caused to be electronically filed the foregoing NOTICE OF REMOVAL TO FEDERAL COURT with the Clerk of the Court using the CM/ECF system, and I further certify that I caused to be mailed the foregoing document by U.S. Postal Service, addressed as follows:

JOSHUA SUMMERS
22515 30TH AVE S
DES MOINES, WA 98198

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 26th day of March, 2026, at Tumwater, Washington.

ERICA SANN
Paralegal
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445
Erica.Sann@atg.wa.gov

NOTICE OF REMOVAL TO FEDERAL
COURT
NO.

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445