UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA SUMMERS,

          Plaintiff,

     v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, a state agency, and
LORELI SMITH, in her official and
individual capacities,

          Defendants.

CASE NO. 2:26-cv-01034-JHC

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte.

Plaintiff's motion at Dkt. # 5 at 4 states the following: "*See Sims v. New Jersey*, No. 23-1255 (3d Cir. 2024) (retaliation against witness in civil rights action states independent § 1983 claim)." The Court has been unable to locate this case. Defendants indicate that the case does not exist. Dkt. # 13 at 5.

Federal Rule of Civil Procedure 11 provides in part,

By presenting to the court a . . . written motion . . . —whether by signing, filing, submitting, or later advocating it—an . . . unrepresented party certifies that *to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances* . . . the claims . . . and other legal contentions are warranted by existing law[.]

ORDER TO SHOW CAUSE - 1

Fed. R. Civ. P. 11(b)(2) (emphasis added).

Defendant seeks to minimize the issue, *see* Dkt. # 14 at 2, but the Court views a potential violation of Rule 11 as a serious matter. Filing and signing a motion that cites to nonexistent authority can be grounds for sanctions under this rule. *See* Fed. R. Civ. P. 11(c); *Muñoz v. United States*, 28 F.4th 973, 978 (9th Cir. 2022) (pro se litigants must adhere to the same procedural requirements as other litigants).

Given the foregoing, the Court ORDERS Plaintiff to submit a Response to this order as follows:

1. If "*Sims v. New Jersey*, No. 23-1255 (3d Cir. 2024)" exists, attach a copy of the case opinion as an exhibit to the response.

2. If "*Sims v. New Jersey*, No. 23-1255 (3d Cir. 2024)" does not exist,

   a. Explain how the citation ended up in the motion;

   b. State what, if anything, Plaintiff did to verify the existence of the case; and

   c. Show cause why the Court should not strike the motion as violating Rule 11.

Plaintiff's response is due on or before April 9, 2026.

Dated this 30th day of March, 2026.

John H. Chun
John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 2