UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS, | CASE NO. 2:26-cv-01034-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, and LORELI SMITH, in her official and individual capacities, | |
| Defendants. | |

Before the Court is pro se Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. # 15. It appears that this is the first time Plaintiff has sought to amend his complaint. *See generally* Dkt. And under the circumstances, Plaintiff is allowed to amend his pleading once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). Thus, the Court GRANTS the motion. Plaintiff may file his amended complaint on or before April 6, 2026.

Dated this 30th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 1