**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>                    Plaintiff,<br><br>      v.<br><br>WA DOC, et al.,<br><br>                    Defendants. | NO. 2:26-cv-01034-JHC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO EXTEND TIME TO<br>ANSWER PLAINTIFF'S MOTION<br>FOR TRO |

Before the Court is Defendants' motion to extend time to respond to Plaintiff's motion for a temporary restraining order (TRO).  Dkt. # 13.  The motion to extend is noted for April 10, 2026, but Plaintiff has responded to it (Dkt. # 14), and the Court sees no reason to wait to rule on it.

For the reasons presented by Defendants—and to allow time for the Court to address issues relating to Plaintiff's apparent citation to multiple nonexistent cases—the Court ORDERS as follows:

1.  Defendants' response to the TRO motion is due on or before Monday, April 13, 2026.

2.  Plaintiff may file a reply to the response on or before Friday, April 17, 2026.

The Court DIRECTS the Clerk to re-note the TRO motion (Dkt. # 5) for April 17, 2026.

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S MOTION FOR
TRO
NO. 2:26-cv-01034-JHC

1

DATED this 3rd day of April, 2026.


John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S MOTION FOR
TRO
NO. 2:26-cv-01034-JHC

2