UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS, | CASE NO. 2:26-cv-01034-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, and LORELI SMITH, in her official and individual capacities, | |
| Defendants. | |

Before the Court are Plaintiff's motions for reconsideration (Dkt. # 50) and for leave to file an overlength brief (Dkt. # 51). The Court GRANTS the motion for leave to file an overlength brief. The Court DENIES the motion for reconsideration for failing to meet the standard at LCR 7(h)(1). But Plaintiff may file a motion for preliminary injunction.

Dated this 23rd day of April, 2026.

John H. Chun
John H. Chun
United States District Judge

ORDER - 1