**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS, | NO. 2:26-cv-01034-JHC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File Third Amended Complaint. Dkt. # 36. The motion is unopposed. The Court GRANTS the motion. Plaintiff may file his Third Amended Complaint no later than Tuesday, May 5, 2026.

The Court STRIKES as moot the motion at Dkt. # 35.

DATED this 28th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
NO. 2:26-cv-01034-JHC                           1