**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOSHUA SUMMERS,

               Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, ET AL.,

               Defendants.

NO. 2:26-cv-01034-JHC

ORDER

Before the Court is Plaintiff's Motion for Leave to File Overlength Brief.  Dkt. # 59. The Court GRANTS the motion.

However, the Court notes that the motion contains a misleading statement: it says, "The Court's April 23, 2026, Order (Dkt. 52) expressly invited Plaintiff to file this motion [for preliminary injunction]."  *Id*. at 1.  Rather, the Order states, "Plaintiff *may* file a motion for preliminary injunction."  Dkt. # 52 (emphasis added).  The Court also notes that in this litigation, Plaintiff has cited hallucinated legal authority, *see, e.g.*, Dkt. # 18 (order to show cause), and flooded the docket with numerous filings, *see generally* Dkt. (for example, the many praecipes).  The Court WARNS Plaintiff that if he makes another false statement to the Court, again cites nonexistent legal authority, or otherwise flouts the applicable civil rules, he may be subject to sanctions up to and including monetary penalties and/or dismissal.

DATED this 8th day of May, 2026.


John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
NO. 2:26-cv-01034-JHC

2