UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, and LORELI SMITH, in her official and individual capacities,<br><br>Defendants. | CASE NO. 2:26-cv-01034-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff Joshua Summers's Motion for Reconsideration of Order Denying a Preliminary Injunction. Dkt. # 81 (motion); Dkt. # 79 (order). The Court has reviewed the motion, the rest of the record, and the governing law.

In this District, "[m]otions for reconsideration are disfavored," and "[t]he court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff contends that the Court committed

five errors, but none rise to the level of manifest error.[1] Rather, Plaintiff's motion constitutes disagreement with the Court's prior order, which does not require reconsideration. Thus, the Court DENIES the motion.

Dated this 4th day of August, 2026.

John H. Chun
United States District Judge

[1] Three of the five grounds by which Plaintiff challenges the order attack the Court's conclusion that Plaintiff's unclean hands barred equitable relief. But the Court's unclean hands conclusion was not the only basis on which the Court denied Plaintiff's motion.