UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA SUMMERS,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, and LORELI SMITH, in her official and individual capacities,

Defendants.

CASE NO. 2:26-cv-01034-JHC

ORDER

This matter comes before the Court on Plaintiff Joshua Summers's Motion for Leave to Proceed in Forma Pauperis. Dkt. # 82. For the reasons presented in the motion, and because Defendants take no position on the request (Dkt. # 89 at 3), the Court GRANTS the motion.

Dated this 24th day of August, 2026.

John H. Chun

John H. Chun
United States District Judge