UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a state agency, and LORELI SMITH, in her official and individual capacities,<br><br>Defendants. | CASE NO. 2:26-cv-01034-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's unopposed Motion for Ruling on the LCR 7(g) Request Presented in Plaintiff's Reply. Dkt. # 93. The Court has considered the motion and the relevant records and hereby GRANTS Plaintiff's motion. The Court STRIKES the portions of Defendants' response (Dkt. # 89) to Plaintiff's motion to proceed in forma pauperis (IFP) (Dkt. # 82) that were identified in Plaintiff's reply (Dkt. # 92). This order does not modify the Court's prior order granting Plaintiff leave to proceed IFP. Dkt. # 91.

//

//

//

Dated this 15th day of September, 2026.

John H. Chun
United States District Judge