**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | NO. 2:26-cv-01034-JHC<br><br>ORDER |

This matter comes before the Court of Plaintiff's Motion for Leave to File Over-Length Response in Opposition to Defendants' Motion for Summary Judgment. Dkt. # 115. Such motions are disfavored, LCR 7(f), and the Court does not see a good reason to grant the present request. Thus, the Court DENIES the motion.

The Court also DENIES Plaintiff leave to file a Federal Rule of Civil Procedure 56(d) request by separate motion. The request in briefing can be short, i.e., it need not consume many words. And the details can be provided in a supporting declaration. *See* Fed. R. Civ. P. 56(d).

DATED this 26th day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge