**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS,<br>Plaintiff,<br>v.<br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | NO. 2:26-cv-01034-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Ruling on Motion for Issuance of Subpoenas. Dkt. # 104. For the reasons presented by Defendants at Dkt. # 106, the Court DENIES the motion. But the Court will endeavor to rule on the subpoenas motion in due course soon.

DATED this 28th day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge