UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; LORELI SMITH,<br><br>Defendants. | CASE NO. 2:26-cv-01034-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Sanctions Under Fed. R. Civ. P. 11(b)(3). The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendants at Dkt. # 116, the Court DENIES the motion.

Dated this 30th day of October, 2026.

John H. Chun

John H. Chun
United States District Judge