UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SUMMERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; LORELI SMITH,<br><br>Defendants. | CASE NO. 2:26-cv-01034-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to File Supplemental Complaint under Federal Rule of Civil Procedure 15(d). Dkt. # 77. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. Within seven days of the date of this order, Plaintiff shall file a supplemental complaint that conforms in substance to the draft supplemental complaint submitted with his motion.

//

//

//

//

Dated this 30th day of October, 2026.

John H. Chun
United States District Judge