**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOSHUA SUMMERS,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

NO. 2:26-cv-01034-JHC

ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, having filed a Motion for Protective Order in this matter, Dkt. # 113, and the Court being fully advised and having examined the records and files herein, does hereby find and **ORDER**:

1. For the reasons they present in Dkt. ## 113 and 127—including the Court's preliminary look at the merits of Plaintiff's claims, including in the context of assessing Plaintiff's motion for a preliminary injunction (Dkt. # 79)—Defendants' Motion for Protective Order is **GRANTED**;

2. All discovery in this matter is hereby **STAYED** pending this Court's ruling on Defendants' Motion for Summary Judgment; and

3. The Court DIRECTS the Clerk to re-note Plaintiff's motion for reconsideration at Dkt. # 126 for November 16, 2026, and to send uncertified copies of this Order to Plaintiff and counsel for Defendants.

DATED this 3rd day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge