**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSHUA SUMMERS,<br>Plaintiff,<br>v.<br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | NO. 2:26-cv-01034-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's motion for reconsideration at Dkt. # 126. Given the Court's order at Dkt. # 128, the Court DENIES the motion without prejudice. If this matter is not dismissed when the Court rules on the motion for summary judgment at Dkt. # 109, Plaintiff may ask the Court to re-note the motion for consideration.

DATED this 17th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge